## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TRACEY LIPTON, on behalf of herself and all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 1:11-cv-02952 |
| v. | ) ) | |
| **CHATTEM, INC.** | ) ) | Judge Gary Feinerman |
| **Defendant.** | ) ) ) ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(ii)

Pursuant to Federal Civil Procedure Rule 41(A)(1)(a)(ii), Plaintiff Tracy Lipton ("Plaintiff") and Defendant Chattem, Inc. (collectively "the Parties"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action.

**STIPULATED TO THIS 14th DAY OF MAY, 2013 BY:**

| | |
|---|---|
| **REESE RICHMAN LLP** | **ICE MILLER PLLC** |
| **By:** */s/ Michael R. Reese* | **By:** */s/ Michael R. Lieber* |
| Michael R. Reese | Michael Robert Lieber |
| Kim E. Richman | 200 West Madison Street, Suite 3500 |
| 875 Avenue of the Americas, 18th Floor | Chicago, Illinois 60606 |
| New York, New York 10001 | Telephone: (312) 326-7135 |
| Telephone: 212-579-4625 | Facsimile: (312) 726-6280 |
| Facsimile: 212-253-4272 | Email: michael.lieber@icemiller.com |
| Email: mreese@reeserichman.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

C/181043.1